THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ANDREY LAVRENTYEV and TATYANA LAVRENTYEV, a married couple,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO ADVANTAGE INSURANCE COMPANY, a foreign insurer,<br><br>Defendant. | No. 2:21-cv-00726-RSM<br><br>STIPULATED MOTION TO CONTINUE TRIAL AND AMEND CASE SCHEDULE AND ORDER<br><br>Note on Motion Calendar:<br>December 2, 2021 |

## I. AGREED MOTION

Plaintiffs Andrey and Tatyana Lavrentyev and Defendant Geico Advantage Insurance Company (collectively "the parties") bring this joint motion pursuant to LCR 10(g) and respectfully request that this Court modify its July 27, 2021 Order (Dkt. No. 10) by rescheduling the July 11, 2022 jury trial date by approximately 60 days and similarly adjusting all discovery and trial-related deadlines as set forth below in Section III of this motion.

This matter was originally filed on removal from King County Superior Court on June 2, 2021 (Dkt. No. 1). The parties' joint status report and discovery plan was filed July 9, 2021 (Dkt. No. 9) and the Order setting trial date and related dates (Dkt. No. 10) was entered July 27, 2021. Since that time, the parties have diligently exchanged initial disclosures and have

JOINT MOTION TO CONTINUE TRIAL AND DISCOVERY DEADLINES AND ORDER
(Cause No. 2:21-cv-00726-RSM) – 1
sw/KW6710.532/4043479x

WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

conducted extensive written discovery, with GEICO Advantage producing nearly 1,000 pages of documents, which consist of its claim file and non-privileged communications pertaining to this matter.

The parties have been working to complete outstanding discovery, but with Plaintiff's illness and the number of witnesses for GEICO Advantage still to be deposed, depositions cannot be completed with sufficient time for the parties to provide complete information to their experts to complete expert reports by the January 12, 2022 deadline. To that end, the parties have agreed, subject to the court moving the trial and related dates, to conduct depositions of GEICO Advantage's corporate designee and GEICO employees in late January. The parties have also agreed to conduct a mediation in January in an attempt to resolve this matter before expending additional time and resources completing discovery. Good cause exists for a continuance of the trial date and related deadlines as outlined below.

## II.  GOOD CAUSE IS ESTABLISHED

Fed. R. Civ. P. 16(b) provides that "a schedule shall not be modified except upon a showing of good cause and by leave of the district judge . . .."  A party moving to amend a schedule should show that the deadlines presented cannot reasonably be met despite the diligence of the party seeking an extension. *Pfeiffer v. Eagle Mfg. Co.*, 137 F.R.D. 352, 355 (D. Kan. 1991); *Sithon Maritime Co. v. Holiday Mansion*, 177 F.R.D. 504, 508 (D. Kan. 1998); Wright & Miller, *6A Federal Practice & Procedure*, § 1522.1, p. 230-31 (citing Advisory Committee notes to 1983 Amendment to Rule 16); *ICU Med., Inc. v. Rymed Tech., Inc.*, 674 F. Supp. 2d 574, 577 (D. Del. 2009).  Courts should grant extensions when the moving party can show that it has worked diligently to position the case for trial or for disposition by motion, but unforeseeable circumstances or events beyond its control denied the moving party a fair opportunity to develop the evidence it needs under the existing scheduling order. *See,* 3 James

JOINT MOTION TO CONTINUE TRIAL AND
DISCOVERY DEADLINES AND ORDER
(Cause No. 2:21-cv-00726-RSM) – 2
sw/KW6710.532/4043479x

WILSON SMITH COCHRAN DICKERSON

901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

Wm. Moore et al., *Moore's Federal Practice* § 16.14. "Good cause" exists when the moving party has been generally diligent, the need for more time was neither foreseeable nor its fault, and refusing to grant the continuance would create a substantial risk of unfairness to that party. *ICU Med., Inc.*, 674 F. Supp. 2d at 577. To establish "good cause," parties seeking modification of a scheduling order must generally show that, even with the exercise of due diligence, they cannot meet the order's timetable. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

Here, the parties have been diligent in conducting discovery but unforeseen events and the parties' discovery needs warrant an extension of the trial date and discovery and trial-related deadlines. Under the current case deadlines, the parties will be unable to complete depositions of witnesses, including GEICO Advantage's corporate designee(s) and employees, before the expert disclosure cut off.

### A. *Plaintiff's illness and recent return to the United States*

Both Plaintiffs have been dealing with Ms. Lavrentyev's serious health issues which has required them to travel to outside of the United States for medical treatment. Plaintiffs only recently arrived back in the states and treatment will likely continue. As a result of Plaintiff's illness, the parties postponed Mr. Lavrentyev's deposition to December of 2021 and Ms. Lavrentyev's deposition has not yet been scheduled. Continuing the discovery cutoff will allow the parties to schedule Ms. Lavrentyev's deposition so it does not interfere with her health and medical treatment.

///

///

### B. *Extensive discovery needs*

JOINT MOTION TO CONTINUE TRIAL AND
DISCOVERY DEADLINES AND ORDER
(Cause No. 2:21-cv-00726-RSM) – 3
sw/KW6710.532/4043479x



901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273

GEICO Advantage has produced nearly 1,000 pages of claim file documents and email communications which pertain to Plaintiffs' claim(s) with Geico and which are related to the basis of Plaintiffs' Complaint against GEICO Advantage. The parties are currently working to reach an agreement on the production of additional records from GEICO Advantage. Extending the expert disclosure deadline will allow the parties to complete the exchange of documents.

C. *Plaintiffs' depositions of GEICO Advantage's corporate designee and employees.*

Plaintiffs have noted depositions of GEICO Advantage's corporate designee and GEICO Advantages employees, but with the number of witnesses, the prep time involved for those depositions, and the holidays in the month of December, the witnesses will not all be available for their depositions with sufficient time for Plaintiffs to provide information to their experts by the January 12, 2022 expert disclosure deadline. In addition, the parties hope to mediate in January of 2022, prior to conducting additional discovery and incurring related costs.

D. *No prior continuances*

Lastly, this is the parties' first request for a continuance of the trial date or related deadlines and the parties do not anticipate requesting any future continuances.

In order to effectuate the parties' discovery needs outlined above, the parties have agreed to conduct depositions of GEICO Advantage in January of 2022, subject to the Court granting a 60-day extension of the trial deadline and discovery deadlines.

JOINT MOTION TO CONTINUE TRIAL AND
DISCOVERY DEADLINES AND ORDER
(Cause No. 2:21-cv-00726-RSM) – 4
sw/KW6710.532/4043479x

WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

### III. PROPOSED REVISED CASE SCHEDULE

The parties request that the Court revise the case schedule as follows:

| Activity | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Trial Date | July 11, 2022 | August 29, 2022 |
| Deadline for amending pleadings and joining additional parties | August 24, 2021 | October 25, 2021 |
| Reports from expert witnesses under FRCP 26(a)(2) due | January 12, 2022 | March 14, 2022 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | February 11, 2022 | April 12, 2022 |
| Discovery completed by | March 14, 2022 | May 13, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | March 17, 2022 | May 16, 2022 |
| Mediation, per LCR 39.1(c)(3), if requested by the parties, held no later than | May 27, 2022 | July 26, 2022 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter. | June 13, 2022 | August 1, 2022 |
| Agreed pretrial order due | June 29, 2022 | August 17, 2022 |
| Pretrial conference to be scheduled by the Court. | TBD | TBD |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | July 6, 2022 | August 24, 2022 |

//

//

JOINT MOTION TO CONTINUE TRIAL AND DISCOVERY DEADLINES AND ORDER
(Cause No. 2:21-cv-00726-RSM) – 5
sw/KW6710.532/4043479x

WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

DATED this 2nd day of December, 2021.

          WILSON SMITH COCHRAN DICKERSON

        By: _s/Alfred E. Donohue_

        By: _s/Katherine B. White_
         Alfred E. Donohue, WSBA No. 32774
         Katherine B. White, WSBA No. 46649
         901 Fifth Avenue, Suite 1700
         Seattle, WA  98164-2050
         P: (206) 623-4100 / F: (206) 623-9273
         Email: donohue@wscd.com / white@wscd.com
         Of Attorneys for Defendant GEICO Advantage

DATED this 2nd day of December, 2021.

          MOORE LAW GROUP PLLC

        By:  _s/ Joseph Moore_
         Joseph W. Moore, WSBA No. 44061
         1604 Hewitt Ave., Suite 515
         Everett, WA 98201
         P: 425-998-8999 / F: 425-903-3638
         Email:  joseph@moore.law
         Attorney for Plaintiff

JOINT MOTION TO CONTINUE TRIAL AND
DISCOVERY DEADLINES AND ORDER
(Cause No. 2:21-cv-00726-RSM) – 6
sw/KW6710.532/4043479x



WILSON SMITH COCHRAN DICKERSON

901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## ORDER

**IT IS SO ORDERED**.

DATED this 17th day of December, 2021.

                                             _____
                                             RICARDO S. MARTINEZ
                                             CHIEF UNITED STATES DISTRICT JUDGE

JOINT MOTION TO CONTINUE TRIAL AND DISCOVERY DEADLINES AND ORDER
(Cause No. 2:21-cv-00726-RSM) – 7
sw/KW6710.532/4043479x

WILSON SMITH COCHRAN DICKERSON
901 Fifth Avenue, Suite 1700
Seattle, Washington 98164
Telephone: (206) 623-4100
Fax: (206) 623-9273