UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREY LAVRENTYEV, et al., | CASE NO. 21-CV-00726-LK |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| GEICO ADVANTAGE INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the parties' stipulation, Dkt. No. 16, the Court dismisses with prejudice all claims by and between Plaintiffs Andrey and Tatyana Lavrentyev and Defendant Geico Advantage Insurance Company. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties will bear their own attorney fees and costs.

Dated this 4th day of February, 2022.

Lauren King
United States District Judge

ORDER OF DISMISSAL - 1